IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CV328 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONFIRMING SALE |
| | ) | |
| CLINTON E. KOCH, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Now on this 9th day of March, 2006, this matter comes on for determination upon the United States Marshal's Return to Order of Sale filed herein, and the motion of the Plaintiff for confirmation of sale.  On consideration of said return, the motion for confirmation, the records, files and evidence presented, the Court finds:

1.  That the Order of Sale of realty entered by the Court issued pursuant to the provisions of the Judgment and Decree of Foreclosure has been executed by the U. S. Marshal according to law and the orders of this Court.

2.  That Notice of Sale was published as is by law required, and at the time and place stated in the Notice, the property described in said Judgment was offered for sale by the U. S. Marshal for the District of Nebraska.

3.  That the aforementioned real estate was auctioned for sale as a single unit, all as provided and set forth in the Decree of Foreclosure, Order of Sale, and Notice of Sale.

4.  That the total proceeds derived from the sale of said property was the sum of $101,000.00 and that the highest bidder for the purchase of said property was James D. Hearn.

5.  That said property was sold for fair value to the highest bidder thereon under the circumstances and conditions of the sale, and that a subsequent sale would not realize a greater return of proceeds.

6.  That, on February 7, 2006, the Court issued an Order requiring objections to the Plaintiff's Motion to Confirm Sale to be filed not later than February 28, 2006, and that no objections have been filed.

7.  That the sale, therefore, should be confirmed.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED BY THIS Court that the sale should be, and hereby is confirmed.

IT IS FURTHER ORDERED that the United States Marshal make and deliver his deed to the purchaser of the heretofore described real estate.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Clerk of the United States District Court shall make disbursements of the proceeds of the sale as set out in the Judgment and Decree of Foreclosure filed herein.

BY THE COURT:

s/ *Richard G. Kopf*
RICHARD G. KOPF
UNITED STATES DISTRICT JUDGE